JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALL STATES ELECTRIC SERVICES CORP., <br><br> Defendant. | Case Number: CV 16-3866 DMG (AFMx) <br><br> **JUDGMENT** |

In light of the Court's Order granting Plaintiffs' Motion for Default Judgment, Judgment is hereby entered in favor of Plaintiffs and against Defendant as follows:

Plaintiffs are awarded damages in the amount of $169,469.65, which consists of:

1. $136,622.83 in unpaid contributions;
2. $3,342.88 in prejudgment interest;
3. $16,636.34 in liquidated damages;
4. $12,210.00 in attorneys' fees;
5. $657.60 in costs.

Plaintiffs are also entitled to post-judgment interest at the statutory rate.

**IT IS SO ORDERED.**

DATED: October 21, 2016

                                                  _____
                                                  DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE